LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-01176 BRO (DTBx) | Date | July 10, 2014 |
|---|---|---|---|
| Title | William J. Verdult v. Ron G. Bush, et al. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL** |
|---|---|

| Julieta Lozano | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(IN CHAMBERS)**

**ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

   Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

   ☐   Plaintiff(s) have failed to file a proof of service within 120 days of the filing of the Complaint.  Plaintiff(s) can satisfy this order by showing that service was effectuated within the 120 day deadline or by showing good cause for the failure to do so.  Fed. R. Civ. P. 4(m).

   ■   Defendant(s) did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

   ☐   Plaintiff(s) obtained entry of default, pursuant to Fed. R. Civ. P. 55(a), but Plaintiff(s) have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b).  Plaintiff(s) can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

   ☐   The docket reflects that Plaintiff(s) are not actively pursuing this matter.  Plaintiff(s) can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-01176 BRO (DTBx) | Date | July 10, 2014 |
|---|---|---|---|
| Title | William J. Verdult v. Ron G. Bush, et al. | | |

    Plaintiffs must respond to this order within 20 days.  Failure to respond to this OSC will be deemed consent to the dismissal of the action.

    IT IS SO ORDERED.