# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM J VERDULT | CASE NO: |
| --- | --- |
| Plaintiff(s), | 5:14−cv−01176−BRO−DTB |
| v. | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| RON G BUSH, et al. | |
| Defendant(s). | (Pursuant to Local Rule 41) |

On <u>10/21/2014</u>, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>11/11/2014</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: November 24, 2014

Beverly Reid O'Connell
United States District Judge